# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID F. KELLY BEY,** | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-472 |
| v. | : | |
| | : | **(Judge Rambo)** |
| **WILLIAM BECHTOLD,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 1st day of April 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to assert his constitutional claims in a properly filed civil rights action;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge